(January 6, 2009)

■ The People of the State of New York, Respondent, v Oscar Olmeda, Appellant. [872 NYS2d 687]—Judgment, Supreme Court, New York County (James A. Yates, J.), rendered on or about September 14, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Sweeny, DeGrasse and Freedman, JJ.

■ Pablo R. Elias, Respondent, v A.M. Acosta-Martinez, Appellant. [869 NYS2d 781]—Appeal from an order, Supreme Court, Bronx County (George D. Salerno, J.), entered January 14, 2008, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Sweeny, DeGrasse and Freedman, JJ.